Argued and submitted Juoy 21, affirmed August 25, 1980

ALLISON,
*Petitioner,*
*v.*
PSYCHIATRIC SECURITY REVIEW BOARD,
*Respondent.*
(No. 79-135, CA 17172)
615 P2d 420

Susan Longbrook, Portland, argued the cause for petitioner. With her on the brief was King & Longbrook, Portland.

Lisa Brown, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were James M. Brown, Attorney General, and Walter L. Barrie, Solictor General, Salem.

Before Gillette, Presiding Judge, and Roberts and Campbell, Judges.

PER CURIAM.

**PER CURIAM.**

Petitioner raises certain constitutional issues in his appeal which were not raised before the Board. We decline to consider them. *See State v. Zusman,* 1 Or App 268, 460 P2d 872 (1969), *rev den* (1970).

Affirmed.